UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────
JAIME LONDONO,

                Petitioner,

    - against -

UNITED STATES OF AMERICA,

                Respondent.
───────────────────────────────────────

                                      05 cr 495 (JGK)

                                      <u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    The Government should respond to the petitioner's application by **February 19, 2021.**  The petitioner may reply by **March 12, 2021.**

    SO ORDERED.

Dated:    New York, New York
              January 29, 2021

                                      _____/s/ John G. Koeltl_____
                                             John G. Koeltl
                                  United States District Judge