**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------

**UNITED STATES OF AMERICA**

       - against -                           05 Cr. 495 (JGK)

**JAIME LONDONO,**                                <u>ORDER</u>

             Defendant.
------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The Court appoints the Federal Defenders to represent the defendant, Jaime Londono, in connection with any application for a reduction of his sentence or compassionate release. It is plain that legal assistance is warranted because the defendant has appeared to change his application from an application based on a retroactive application of Amendment 782, the First Step Act, and 18 U.S.C. §3582(c)(2), to an application for compassionate release pursuant to 18 U.S.C. §3582(c)(1)(A). The Federal Defenders can submit any appropriate application to the Court and should advise the Court of an appropriate schedule.

    **SO ORDERED.**

**Dated:**    **New York, New York**
              **April 6, 2021**                    /s/ John G. Koeltl
                                                **John G. Koeltl**
                                  **United States District Judge**