USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/07/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

– against –

JAIME LONDONO,

Defendant.

---

05 Cr. 495 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court appoints the Jeffrey G. Pittell, the Criminal Justice Act attorney on duty today, to represent the defendant, Jaime Londono, in connection with any application for a reduction of his sentence or compassionate release. It is plain that legal assistance is warranted because the defendant has appeared to change his application from an application based on a retroactive application of Amendment 782, the First Step Act, and 18 U.S.C. §3582(c)(2), to an application for compassionate release pursuant to 18 U.S.C. §3582(c)(1)(A). Mr. Pittell can submit any appropriate application to the Court and should advise the Court of an appropriate schedule.

SO ORDERED.

Dated: New York, New York
June 7, 2021

John G. Koeltl
United States District Judge