UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

       - against -                            05-cr-495 (JGK)

JAIME LONDONO,                              ORDER

                Defendant.

JOHN G. KOELTL, District Judge:

    The Government should respond to the defendant's motion for a reduction of sentence by August 22, 2022. The defendant may reply by September 9, 2022.

SO ORDERED.

Dated:    New York, New York
            August 1, 2022

                                              John G. Koeltl
                                       United States District Judge